## Stortecky et ux., Appellants, *v.* Associated Dry Goods Corporation.

 Argued April 11, 1973.
*Louis H. Artuso,* with him *John B. Conly,* for appellants; *Frederick N. Egler,* with him *Egler, McGregor & Reinstadtler,* for appellee.

Orders affirmed.